IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION


FILED
JAN 17 2008
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES of AMERICA,

v.                                                             CRIMINAL CASE NO.: 4:07CR136

JAMES GREGORY HAMRICK,

DEFENDANT.

## ORDER

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, Defendant's plea of guilty to Counts One (1) and Three (3) of a Three (3) Count Indictment is hereby **ACCEPTED** and Defendant is **ADJUDGED GUILTY** of such offenses.

Defendant's sentencing hearing is scheduled for **March 24, 2008 at 10:00 a.m.**

The Clerk is **DIRECTED** to mail a copy of this Order to all counsel of record.

It is so **ORDERED**.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge

HENRY COKE MORGAN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
January 16, 2008